# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PRIME HEALTH SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-00034 |
| ) | JUDGE CRENSHAW |
| CAPITAL BANK, N.A., and CAPITAL ) | |
| BANK FINANCIAL CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Capital Bank, N.A. and Capital Bank Financial Corporation filed a Motion to Dismiss ("Motion") (Doc. No. 36) the Complaint for failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying memorandum, the Motion will be is **DENIED** as to Prime Health Service, Inc.'s first and second causes of action, but is **GRANTED** as to Prime's third cause of action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT COURT

1