# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PRIME HEALTH SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:16-cv-00034 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| CAPITAL BANK, N.A. and CAPITAL ) | MAGISTRATE JUDGE |
| BANK FINANCIAL CORP., ) | BROWN |
| ) | |
| Defendants. ) | |

## ORDER

The parties filed a Joint Stipulation Of Dismissal With Prejudice (Doc. No. 65), indicating that all matters in dispute have been resolved. Accordingly, this action is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

The pretrial conference set for October 22, 2018, and the bench trial set for November 6, 2018, are cancelled. This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE