UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Prime Health Services, Inc.
                      Plaintiff,

v.                                     Case No.: 3:16–cv–00034

Capital Bank, N.A., et al.
                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/10/2018 re [66].

                                                      Keith Throckmorton, Clerk
                                                     s/ Dalaina Thompson, Deputy Clerk